Dennis BERLIN (doing business as Spectro Sort and as Spectra Sort Manufacturing Company), Appellant,

v.

James G. ROCHE, Secretary of the Air Force, Appellee.

No. 02–1600.

United States Court of Appeals, Federal Circuit.

DECIDED: July 7, 2004.

Neil D. Houston, Law Offices of Arthur M. Traugh, Principal Attorney, Sacramento, CA, for Appellant.

Dennis Berlin, of Counsel, Woodland, CA, pro se.

Christian J. Moran, Principal Attorney, Velta A. Melnbrencis, Mark A. Melnick, Patricia M. McCarthy, David M. Cohen, Major Won K. Lee, Margaret E. McGhee, of Counsel, Washington, DC, for Appellee.

## ON MOTION

### *ORDER*

Upon consideration of Secretary of Air Force's unopposed motion to dismiss Dennis Berlin's petition for review,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

The HOPI TRIBE, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 03–5064.

United States Court of Appeals, Federal Circuit.

DECIDED: July 7, 2004.

Alfred T. McDonnell, Principal Attorney, Arnold & Porter, Denver, CO, for Plaintiff–Appellant.

Aaron P. Avila, Principal Attorney, Katherine W. Hazard, Daniel G. Steele, of Counsel, Department of Justice, R. Anthony Rogers, Maria K. Wiseman, of Counsel, Washington, DC, for Defendant–Appellee.

## ON MOTION

### *ORDER*

Upon consideration of the parties' joint motion to voluntarily this appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.